1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NADINE LIRA BANEGAS,

          Plaintiff,

  vs.

KAREN BRAWLEY; CALIFORNIA
INSTITUTION FOR WOMEN,

          Defendants.

_____/

No. C 12-6304 WHA (PR)

**ORDER OF TRANSFER**

(Docket No. 2)

     This is a civil rights case brought pro se by a state prisoner incarcerated at the California
Institute for Women ("CIW") in Corona, California. She sues an official at CIW for using
excessive force on her at the prison. CIW is located in Riverside County, which is in the venue
of the United States District Court for the Central District of California. Venue for this case is
therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests
of justice, this case is **TRANSFERRED** to the United States District Court for the Central District
of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's application for leave to
proceed in forma pauperis is deferred to the Central District. The clerk shall transfer this matter
forthwith.

     **IT IS SO ORDERED.**

Dated: December   21  , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\BANEGAS6304.TRN.wpd