IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE LIRA BANEGAS,<br><br>    Plaintiff,<br><br>  vs.<br><br>KAREN BRAWLEY; CALIFORNIA INSTITUTION FOR WOMEN,<br><br>    Defendants. | No. C 12-6304 WHA (PR)<br><br>**ORDER OF TRANSFER**<br><br><br>(Docket No. 2) |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California Institute for Women ("CIW") in Corona, California. She sues an official at CIW for using excessive force on her at the prison. CIW is located in Riverside County, which is in the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's application for leave to proceed in forma pauperis is deferred to the Central District. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: December   21   , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\BANEGAS6304.TRN.wpd